

EOD
11/08/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| **Joseph Wayne Christian (deceased)** | * | Chapter 13 |
| xx-xx-0108 | * | |
| **Elizabeth Wendy Christian** | * | |
| xxx-xx-5024 | * | |
| 1500 Garner Lane | * | Case No.: 13-20131 |
| Longview, Texas 75605 | * | |
| **Debtors** | * | |

### ORDER GRANTING MOTION FOR CONTINUED ADMINISTRATION

On October 24, 2017, a Motion for Continued Administration (the Motion") was filed by Elizabeth Christian(the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Bankruptcy Rules and contained fourteen(14)-day negative notice language which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion for Continued Administration filed by Elizabeth Christian on the 24th day of October, 2017, is hereby GRANTED.

Signed on 11/08/2017

*/s/ Bill Parker*

THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

1