**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
Please notify the Court & this office of any changes made after filing fo rclaim (ex account number, address, claim assignment, etc.)

Check #.: **1148840**

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1320131 | 00000 | JOSEPH WILLIAM CHRISTIAN & ELIZABETH W[...] <br> Original Check written to: <br> JOSEPH WILLIAM CHRISTIAN <br> 4 LILAC LANE <br> LONGVIEW, TX, 75605 | | 0.00 | 1,186.37 | 0.00 | 1,186.37 |
| | | | TOTALS | 0.00 | 1,186.37 | 0.00 | 1,186.37 |